# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF PHILIP
GENSLER, JR. DECEASED

NO.   2022 CW 1243

CONSOLIDATED WITH

DAVID SCOTT GENSLER

VERSUS

JOHN H. MUSSER, IV

**JANUARY 17, 2023**

In Re:   David Scott Gensler, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201630541 C/W 202010408.

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a. S. J_

DEPUTY CLERK OF COURT
   FOR THE COURT